UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN R. REYNOLDS,
an individual.

        Plaintiff,        CIVIL ACTION NO. 05 CV 70173 DT

        v.        DISTRICT JUDGE NANCY G. EDMUNDS

MERCHANTS & MEDICAL CREDIT,    MAGISTRATE JUDGE VIRGINIA MORGAN
CORPORATION, a Michigan corporation,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
AND DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

      This matter is before the court on Plaintiff's Motions to Compel Discovery from Defendant filed November 1 and November 7, 2005 (D/E 33, 40) and Defendant's Motion for Protective Order (D/E 34).  A hearing on the motions was held before the magistrate judge on November 30, 2005.  For the reasons stated on the record,

      IT IS ORDERED that defendant's Motion for a Protective Order is deemed a response to the Motion to Compel and IS DENIED as moot .

      IT IS FURTHER ORDERED that Plaintiff's Motions ARE GRANTED.

- All discovery is to be produced pursuant to a protective order to be mutually agreed upon by counsel.

- Counsel shall meet and confer with respect to clarifying Request No. 1 on the basis of plaintiff's affidavit.

- The remainder of documents are to be produced for inspection and copying or copies are to be produced. If the documents are not available for the full seven (7) years of plaintiff's employment, then as much as is available shall be produced.

- Production shall occur on December 20, 2005

                                  s/Virginia M. Morgan
                                  VIRGINIA M. MORGAN
                                  UNITED STATES MAGISTRATE JUDGE

Dated:   December 2, 2005

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on December 2, 2005.

                                  s/Jennifer Hernandez
                                  Case Manager to
                                  Magistrate Judge Virginia M. Morgan